UNITED STATES BANKRUPTCY COURT
District of Maine

```
*******************************
In re:                          *
                                *
STEVEN D. GOSLIN, JR.           *       Chapter 13
                                *       Case No. 12-10310
                                *
              Debtor            *
*******************************
```

## ORDER OF PROPOSED DISMISSAL

During a hearing on May 23, 2013, with regard to the Motion to Allow and Disallow Claims [DE 20] filed by the debtor, the debtor and trustee had reached an agreement with respect to the Motion, with a revised proposed form of order to be filed by the debtor by May 30, 2013. To date, a revised proposed order has not been filed.

It is therefore, ORDERED that this case will be dismissed in 14 days without further notice or hearing for failure to prosecute unless the agreed form of order is filed prior to that date.

DATE:  May 31, 2013

_____
Honorable Louis H. Kornreich
U.S. Bankruptcy Judge